UNITED STATES  DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*FILED*
*2011 JUN -7 P 4: 06*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*N. DISTRICT OF CALIFORNIA*

PATRICK COLLINS INC,

Plaintiff (s),

v.

**E-filing**

DOES 1-2590,

Defendant(s).

No. **C 11-02766 MEJ**

**ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE
AND ADR DEADLINES**

IT IS HEREBY ORDERED that this action is assigned to the Honorable Maria-Elena James. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order , the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov. A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California," additional copies of which can be downloaded from the following Internet site: http://www.cand.uscourts.gov.

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 6/7/2011 | Complaint filed | |
| 8/25/2011 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP_26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil_L.R. 16-8 (b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | Civil_L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c) |

| | | |
|---|---|---|
| 9/8/2011 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil _L.R . 16-9 |
| 9/15/2011 | INITIAL CASE MANAGEMENT CONFERENCE (CMC)  in Ctrm. B, 15th Floor, SF at 10:00 AM | Civil _L.R.  16-10 |

*If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

# Case Management Standing Order
# Magistrate Judge Maria-Elena James

San Francisco, Courtroom B, 15th Floor
Brenda Tolbert, Courtroom Deputy (415) 522-4708

1.  Civil Law & Motion is heard on Thursdays at 10:00 a.m. Parties need not reserve a hearing date
    for civil matters; instead, they should confirm Judge James' availability on the district court web
    site, www.cand.uscourts.gov. Motions are governed by the Civil Local Rules and the Federal
    Rules of Civil Procedure. Motions for summary judgment shall be accompanied by a joint
    statement of undisputed facts in compliance with Civil L. R. 56-2(b).

2.  Criminal motions are scheduled with the courtroom deputy, Brenda Tolbert, at (415) 522-4708,
    for any Thursday at 10:00 a.m. when the judge is available, or during the regular criminal
    calendar while Judge James is on criminal duty. Motions are governed by the Federal Rules of
    Criminal Procedure and the Criminal Local Rules.

3.  Discovery disputes are governed by Judge James' Discovery Standing Order, enclosed herewith
    and available on the Court's website.

4.  Counsel shall meet and confer prior to the Case Management Conference and file a Joint Case
    Management Conference Statement no later than seven days prior to the c.m.c. The statement
    shall address the information contained in the Joint Case Management Statement and [proposed]
    Case Management Order form, enclosed herewith and available on the Court's website.

5.  At least seven days prior to the c.m.c., each party shall file the magistrate jurisdiction
    consent/declination form, enclosed herewith and available on the Court's website. In the event
    that any defendant(s) files a motion to dismiss, defendant(s) shall file the consent/request form at
    the time the motion is filed and plaintiff(s) shall file the consent/declination form fourteen days
    thereafter, at the time the opposition is due.

6.  In all "E-Filing" cases, in addition to filing papers electronically, the parties shall lodge with
    chambers a printed copy of the papers by noon of the next court day following the day the papers
    are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be
    submitted to the Clerk's Office in an envelope clearly marked "Magistrate Judge Maria-Elena
    James" and include the case number. **ALL CHAMBERS COPIES OF ELECTRONICALLY
    FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER
    CREATED BY THE ECF SYSTEM. ELECTRONICALLY FILED DOCUMENTS MUST
    BE CITED IN ALL OTHER DOCUMENTS AS FOLLOWS: DKT#__ AT __.**

Dated: August 17, 2010

_____
Maria-Elena James
United States Magistrate Judge

**Magistrate Judge Maria-Elena James**
**Courtroom B, 15th Floor**

Brenda Tolbert, Courtroom Deputy
(415) 522-4708

## STANDING ORDER
### Discovery & Dispute Procedures

This standing order informs all parties of the procedures for cases assigned to Magistrate Judge Maria-Elena James for trial or referred for purposes of discovery. All parties and counsel are required to follow these procedures. Failure to abide by this Standing Order may result in the imposition of sanctions pursuant to Federal Rule 16(f) and Civil Local Rule 37-3.

1.  Parties shall propound disclosures and discovery in accordance with Federal Rules of Civil Procedure 26 through 37 and the corresponding Civil Local Rules for the Northern District of California. A copy of the Local Rules is available at the Clerk's Office and at the Court's Web site - www.cand.uscourts.gov. No exceptions to the limitations established in the Federal and Local Rules shall be permitted except pursuant to stipulation of the parties or order of the Court.

2.  No motions to compel shall be considered. Instead, the parties must meet and confer in person for the purpose of resolving all disputes. If unable to resolve any disputes through this procedure, the parties shall draft and file a jointly-signed letter that contains the following:

    (a)  A cover page with the case caption and an attestation that the parties met and conferred in person prior to filing the letter;
    (b)  A section which sets forth the unresolved dispute and any pertinent factual background;
    (d)  Each party's position, including appropriate legal authority; and
    (e)  The signature of both parties (or counsel, as appropriate).

    The joint letter shall be limited to five pages (excluding the cover page with the case caption and meet and confer attestation) and may not be accompanied by exhibits or affidavits other than exact copies of interrogatories, requests for production of documents and/or responses, privilege logs, and relevant deposition testimony. The parties need not state all disputes in one letter; rather, it is preferable that the parties file a separate letter for each dispute.

3.  In the event that the parties are unable to meet and confer as directed above, the moving party shall file a written request for a telephonic conference for the purpose of enforcing the Court's meet and confer requirement, or for the Court to fashion an alternative procedure which satisfies this requirement. The written request shall include a declaration which states any attempt to meet and confer and the reasons for the inability

to comply with the standing order. The moving party may attach exhibits to the declaration, but the declaration and exhibits combined may not exceed seven pages. The Court will not excuse a party from the requisite in-person meeting unless good cause is shown.

4.   In the event that the parties are participating in a deposition or a site inspection and a dispute arises, the parties may contact the courtroom deputy, Brenda Tolbert, to inquire whether Magistrate Judge James is available to address the dispute telephonically. In the event that Judge James is unavailable or the parties are unable to contact her courtroom deputy, the parties shall follow the procedures for requesting a telephonic conference as set forth in paragraph 3 above. In such a case, the deposition or site inspection shall proceed with objections noted for the record.

5.   No motion for sanctions may be filed until after the moving party has complied with the requirements of paragraphs 2 and 3 above. Motions for sanctions shall be filed separately, pursuant to Federal Rule 37 and Civil Local Rules 7 and 37-3.

6.   The parties shall comply with Civil Local Rule 6 regarding any requests to change time.

7.   Pursuant to Civil Local Rule 11-4(c), with the exception of communication with the courtroom deputy regarding scheduling, no party may contact the Court *ex parte* without prior notice to the opposing party. All communications or questions to the Court shall be presented in writing, properly filed, and include a certification that all parties were served a copy of the written communication.

8.   In all "E-Filing" cases, in addition to filing papers electronically, the parties shall lodge with chambers a printed copy of the papers <u>by noon of the next court day after filing</u>. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office in an envelope marked with "Magistrate Judge Maria-Elena James - Chambers Copy" and the case name and number.

   **IT IS SO ORDERED.**

Dated: December 21, 2009

                                                    _____
                                                    MARIA-ELENA JAMES
                                                    United States Magistrate Judge

**NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND
ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM**

This civil case was randomly assigned to United States Magistrate Judge Maria-Elena

James for all purposes including trial.  In accordance with Title 28, U.S.C. § 636(c), the

Magistrate Judges of this District Court are designated to conduct any and all proceedings in a

civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the

consent of the parties.  An appeal from a judgment entered by Magistrate Judge James may be

taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as

an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial

and disposition.  Attached is the form which allows you to either consent to, or decline Judge

James' jurisdiction and request reassignment to a District Judge.

Each party shall sign and file the consent/declination form, either consenting to Judge

James' jurisdiction, or requesting reassignment to a District Judge, no later than the filing

deadline for the joint case management statement assigned by the initial case management

schedule.

IT IS SO ORDERED.

Date:  May 31, 2006

_____
Maria-Elena James
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C            MEJ

Plaintiff(s),

**CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT**

vs.

Defendant(s).

_____/

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____        Signed by: _____

Counsel for:_____

## REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____        Signed by: _____

Counsel for: _____