JENIFER K. GARDELLA
GARDELLA & GARDELLA
520 Warren Street
Redwood City, CA   94063
(650) 364-7767
Fax No.:  (650) 364-2016
Gardellalaw@mindspring.com
SB #139672

Attorneys for Defendant JOHN DOE 2029

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., | Case No.:   C 11-2766 MEJ |
| Plaintiff, | ORDER ON MOTION FOR ORDER QUASHING SUBPOENA |
| v. | |
| JOHN DOES 1 -2,590, | |
| Defendants. | |

The motion of Defendant JOHN DOE 2029 came on regularly for hearing on December 8, 2011 in the Courtroom of the Honorable Maria-Elena James of this Court.  Plaintiff appeared through counsel, _____.  Defendant appeared through counsel, Jenifer K. Gardella.   The Court having considered the moving and opposing papers and the argument of counsel,

IT IS HEREBY ORDERED that the motion is granted as to Defendant JOHN DOE 2029.  Witness Comcast Cable is ordered and directed not to comply with the subpoena served on its custodian of records regarding said Defendant.

Dated:  December _____, 2011.

_____
MARIA-ELENA JAMES, MAGISTRATE JUDGE