UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES  DISTRICT COURT

7                           Northern District of California

8
9
PATRICK COLLINS, INC.,                              No. C 11-2766 MEJ
10
                              Plaintiff,            **ORDER RE MOTION TO DISMISS**
11            v.                                     **(IP ADDRESS 24.215.237.108)**

12   DOES 1-2,590,                                  **Docket No. 20**

13                              Defendants.
     _____/
14

15        On June 7, 2011, Plaintiff Patrick Collins, Inc. filed this lawsuit against 2,590 Doe

16   Defendants, alleging that Defendants illegally reproduced and distributed a work subject to

17   Plaintiff's exclusive license, ("*Real Female Orgasms 10*"), using an internet peer-to-peer file sharing

18   network known as BitTorrent, thereby violating the Copyright Act, 17 U.S.C. § 101-1322.  Compl.

19   ¶¶ 6-15, Dkt. No. 1.  On September 22, 2011, the Court granted Plaintiff's Application for Leave to

20   Take Limited Expedited Discovery.  Dkt. No. 12.  The Court permitted Plaintiff to serve subpoenas

21   on Does 1-2,590's Internet Service Providers ("ISPs") by serving a Federal Rule of Civil Procedure

22   45 subpoena that seeks information sufficient to identify the Doe Defendants, including the name,

23   address, telephone number, and email address of Does 1-2,590.  *Id.* at 11.  Once the ISPs provided

24   Does 1-2,590 with a copy of the subpoena, the Court permitted Does 1-2,590 30 days from the date

25   of service to file any motions contesting the subpoena (including a motion to quash or modify the

26   subpoena).  *Id.*

27        Now before the Court is a Motion to Dismiss, filed by a Doe Defendant (I.P. Address

28

1   24.215.237.108).[1]  Dkt. No. 20.  In his motion, Doe requests that the subpoena be quashed as to him

2   and the case against him dismissed because the Court lacks jurisdiction and venue is improper.

3   Based on the information presented in Doe's motion, it appears that the Court lacks jurisdiction.

4   Accordingly, the Court hereby ORDERS Plaintiff to either: (1) file a voluntary dismissal of Doe

5   Defendant at I.P. Address 24.215.237.108, without prejudice to filing a complaint against him/her in

6   the proper jurisdiction; or (2) show cause why the Court should not grant Doe's motion to dismiss.

7   Plaintiff shall file its response by November 14, 2011.

8       **IT IS SO ORDERED.**

9

10  Dated: November 3, 2011

11                                              _____
                                                Maria-Elena James
12                                              Chief United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28      [1]The Doe Defendant does not identify him/herself by Doe Number.

UNITED STATES DISTRICT COURT
For the Northern District of California

2