Ira M. Siegel, Cal. State Bar No. 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel: 310-435-7656
Fax: 310-657-2187

Attorney for Plaintiff Patrick Collins, Inc.

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PATRICK COLLINS, INC.,<br><br>    Plaintiff,<br>v.<br>DOES 1-2,590,<br><br>    Defendants. | No. C 11-2766 MEJ<br><br>PLAINTIFF'S OPPOSITION TO MOTION TO QUASH BY DOE 2029 (DKT. NO. 18)<br><br>Date and Time: December 8, 2011<br>Courtroom: Courtroom B - 15th Floor<br><br>Judge: Maria-Elena James<br>Chief Magistrate Judge |

Putative Defendant Doe 2029, through attorney Jenifer Gardella, anonymously filed a motion to quash based solely on CCP §§1985 and 1985.3. "CCP" stands for "Code of Civil Procedure" and not Federal Rules of Civil Procedure. The code relied on by Putative Defendant Doe 2029 is the CALIFORNIA Code of Civil Procedure, and applies only to the courts of the State of California. CCP §§1985 and 1985.3 relate to subpoenas issued by California **state courts**, and not to subpoenas issued by United States District Courts.

Therefore, **Putative Defendant Doe 2029's motion to quash is entirely baseless** and should be denied.

Plaintiff requests that the Court accept the electronic filing of this Opposition a day late. Plaintiff's counsel confused the due date for this Opposition with that for the opposition due in response for Dkt. No. 20 that was originally due today but was advanced to yesterday by the Court's Order in Dkt. 21.

1  For the reasons set forth above, Plaintiff requests that the Court deny the motion made by
2  Defendant Doe 2029.

3                                                 Respectfully submitted,

5  Dated: November 15, 2011   *[signature: Ira M. Siegel]*
                                             Ira M. Siegel, Cal. State Bar No. 78142
6                                              email address: irasiegel@earthlink.net
                                             LAW OFFICES OF IRA M. SIEGEL
7                                              433 N. Camden Drive, Suite 970
                                             Beverly Hills, California 90210-4426
8                                              Tel:    310-435-7656
                                             Fax:    310-657-2187
9                                              Attorney for Plaintiff Patrick Collins, Inc.