1
2
3                    UNITED STATES  DISTRICT COURT
4                       Northern District of California
5
6
   PATRICK COLLINS, INC.,                    No. C 11-2766 MEJ
7
                            Plaintiff,        **ORDER STRIKING MOTION TO**
8          v.                                 **QUASH/DISMISS**
                                              **(IP ADDRESS 69.114.65.247)**
9     DOES 1-2,590,
                                              **Docket No. 33**
10                         Defendants.
   _____/
11

12          On November 15, 2011, an anonymous defendant noticed a motion to dismiss the complaint,

13   which names only Doe defendants. The litigant identifies himself or herself only as "John Doe" at

14   I.P. Address 69.114.65.247.  Dkt. No. 33.  Because John Doe has disclosed no identifying

15   information, there is no way to determine whether the motion was filed by a real party in interest or

16   a stranger to the litigation.  As such, the filing is improper.  The Clerk of Court shall STRIKE Dkt.

17   Nos. 33.

18          If John Doe wishes to appear in this action anonymously or otherwise, he or she must follow

19   the proper procedures for doing so.  At a minimum, the Court and the parties must be informed of

20   the litigant's identity.  If the litigant wishes to protect his or her identity from the public, the litigant

21   may use a pseudonym in public filings only after receiving permission for good cause shown.

22   Defendant is advised that the Ninth Circuit court of appeals allows the use of pseudonyms only in

23   the most unusual cases.  *See, e.g., Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058,

24   1067–68 (9th Cir. 2000).

25          Further, John Doe (and any other Doe Defendants in this action) should be aware that the

26   Court considered the issue of joinder at length in its previous order and found that Plaintiff presented

27   a reasonable basis to argue that the Doe Defendants' actions in this case may fall within the

28   definition of "same transaction, occurrence, or series of transactions or occurrences" for purposes of

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1  joinder under Federal Rule of Civil Procedure 20(a).  Dkt. No. 12 at 6-11.  As John Doe's motion

2  presents the same generalized arguments addressed in its previous order, even if the Court were to

3  consider John Doe's motion, it would be without merit.

4        **IT IS SO ORDERED.**

5

6  Dated: November 16, 2011

7                                                                    _____
                                                                     Maria-Elena James
8                                                                    Chief United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

2