1

2

3

4              UNITED STATES  DISTRICT COURT

5                 Northern District of California

6

7

PATRICK COLLINS, INC.,                      No. C 11-2766 MEJ
8
                      Plaintiff,            **ORDER STRIKING MOTION TO**
9        v.                                 **QUASH/DISMISS (DOE DEFENDANT**
                                            **1085, IP ADDRESS 68.197.57.82)**
10   DOES 1-2,590,
                                            **Re: Docket No. 37**
11                    Defendants.
     _____/
12

13        On November 16, 2011, an anonymous defendant noticed a motion to quash and/or dismiss

14   the complaint, which names only Doe defendants. Dkt. No. 37.  The litigant identifies himself or

15   herself only as "Doe Defendant 1085," at IP Address 68.197.57.82.  Because the Doe 1085 has

16   disclosed no identifying information, there is no way to determine whether the motion was filed by a

17   real party in interest or a stranger to the litigation.  As such, the filing is improper.  The Clerk of

18   Court shall STRIKE Dkt. No. 37.  If Doe 1085 wishes to appear in this action anonymously or

19   otherwise, he or she must follow the proper procedures for doing so.  At a minimum, the Court and

20   the parties must be informed of the litigant's identity.  If the litigant wishes to protect his or her

21   identity from the public, the litigant may use a pseudonym in public filings only after receiving

22   permission for good cause shown.  Defendant is advised that the Ninth Circuit court of appeals

23   allows the use of pseudonyms only in the most unusual cases.  *See, e.g., Does I thru XXIII v.*

24   *Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000).

25        **IT IS SO ORDERED.**

26

27   Dated: November 17, 2011

28                                           _____
                                            Maria-Elena James
                                            Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**