

UNITED STATES DISTRICT COURT **FILED**

FOR THE Northern District of California 2011 NOV 22 P 5: 10

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick Collins ) | |
| ) | |
| Plaintiff, ) | Civil Action No. (or Docket No.) |
| ) | |
| v. ) | CV-11-2776-MEJ |
| ) | |
| Steven Douglas Buchanan ) | |
| *pro se* ) | |
| 623-587-1235 ) | |
| and multiple John Does ) | |
| Defendants, ) | |

## MOTION FOR PROTECTIVE ORDER

This motion is pursuant to Rule 37, F. R. Civ. Pr., and is for a protective order to be issued in the above styled case, and files this motion not to make an appearance, but to contest personal jurisdiction, and is made by the undersigned who states that:

1. The undersigned has complied with Rule 37(1) in that he has conferred with the party failing to make disclosure or discovery, namely, his internet service provider, who provided notice of the underlying action and the expressed opportunity to file a motion to quash a subpoena.

2. Notice is not required to all parties under the rule.

3. This is filed in the court where the discovery is to be taken on a non-party, pursuant to Rule 37(2).

4. The purpose of the various filings by the undersigned is to protect his identity from being disclosed to the Plaintiff and automatically subjecting himself to the jurisdiction of this court.

5. The authority of this motion is based on principles higher than statutory authority, that of personal jurisdiction guaranteed by the constitution. See, International Shoe Co. v. Washington, 326 U.S. 310 (1945).

WHEREFORE, the undersigned would respectfully request an order protecting his identity, substantially in the form of "John Doe #XXXX (identity protected) has filed motion for protective order in this case, and all filings shall be redacted to eliminate personal information when electronically docketed."

Dated this 24 day of October, 2011.

Respectfully submitted,

X _[signature]_, pro se
Steven Douglas Buchanan

Name: Steven Douglas Buchanan
Address Ln1: 22026 N 33rd Dr
Address Ln2:
City, State, Zip: Phoenix   Arizona   85027
Phone Number: 623-587-1235