Steven Buchanan
22026 N 33rd Drive
Phoenix Arizona 85027

October 24, 2011

To Whom It May Concern:

    I am responding to the subpoena request on a copyright infringement: Case # CV-11-2776-MEJ, I had contacted Qwest numerous times on this issue and worked with them on finding the problem with our internet security. We worked numerous times on fixing the issue with someone accessing my wireless internet which Qwest installed in my home and thought that we had a secure system. I have included emails which show's us contacting Qwest as soon as we were notified of the problem; we also disconnect power every night from the wireless router to help eliminate any further access as it seems they were into our system only at night. It was found that they had accessed my wife's laptop and were not allowing it to stay on connected to our system and that is why Qwest helped us change the security to a WAP with a username, password and inputting all MAC ID addresses from all wireless devices in the house and it has worked so far.

Thank you,

*[signature: Steve Buchanan]*

Subj: **abuse**
Date: 1/28/2011 9:11:21 A.M. US Mountain Standard Time
From: sbucha6536@aol.com
To: abuse@qwest.net

I have worked with your tech support 2 times to clear up this problem and I was told by your support personel that under no cicumstances should I contact the copyright company as this would allow them to take legal action against me. As I have said before we are not doing any of the illegal downloads and have looked at every computer and wireless device for the said downloads and they are not to be found. I want it to be put on record that we have been working with Qwest to fix the problems and have even changed the WEP to WAP and input the MAC address to try and stop someone from accessing our internet.

Subj: **Re: DMCA Infringement Notification: Copies of 22 complaints**
Date: 1/28/2011 9:02:30 A.M. US Mountain Standard Time
From: sbucha6536@aol.com
To: abuse@qwest.net

I talked to tech support yesterday and changed passwords and MAC addresses to fix the problem again of someone getting into our Internet. I want this to be put on record that we have tried to find out who or how they are getting our IP addresses and that we are not the responsible party for the illegal downloads. Qwest has it on record of our problem and it is up to Qwest to help us again. If it happens again I am requesting that tech support come to my house to figure out the problem.

X-Date: 13 Dec 2010 11:39:38 -05:00


-----Original Message-----
From: abuse <abuse@qwest.net>
To: sbucha6536 <sbucha6536@aol.com>
Sent: Thu, Jan 27, 2011 11:16 pm
Subject: DMCA Infringement Notification: Copies of 22 complaints


(Customer ID: 'busteven1016')

This message contains an accumulation of all active DMCA infringement complaints.
========================================================================
========

The purpose of this warning is to inform you that Qwest has received multiple
notices of copyright infringement sent pursuant to the Digital Millennium
Copyright Act ("DMCA") in connection with your account. The DMCA, passed by
Congress in 1998, allows copyright owners to notify a service provider such as
Qwest of alleged copyright infringement carried out on the provider's network.
Copies of the DMCA notifications Qwest received are included below.

Please be reminded that unauthorized posting of copyrighted material is a
violation of Qwest's Acceptable Use Policy (AUP) and High Speed Internet
Subscriber Agreement which prohibits use of the Qwest Network and Services in
any manner that would infringe, dilute, misappropriate, or otherwise violate
the intellectual property rights of others.

The Qwest Acceptable Use Policy and the High Speed Internet Subscriber
Agreement provides that Qwest may suspend or terminate your service for
violation of the AUP and/or Subscriber Agreement.

Please be advised that if this violation continues, or in the event that
additional violations occur, Qwest may take further action, including the
suspension or termination of your Service.

Subj: **Ticket Number NTM000005935965**
Date: 1/27/2011 11:19:24 P.M. US Mountain Standard Time
From: help@qwest.com
To: sbucha6536@aol.com

Hello,
There is a BitTorrent software on your computer or on a computer that is on your network.
method=BitTorrent, filename='Kick Ass Ipod ipad, iphone, psp'
method=BitTorrent, filename='Big.Wet.Asses.17.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='BatFXXX.Dark.Night.Parody.DISC1.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='Bonny.and.Clide.DISC2.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='Big.Wet.Asses.17.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='BatFXXX.Dark.Night.Parody.DISC2.XXX.DVDRip.XviD-NYMPHO'
filename='Bonny.and.Clide.DISC2.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='BatFXXX.Dark.Night.Parody.DISC2.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='BatFXXX.Dark.Night.Parody.DISC1.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='Big.Wet.Asses.17.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='Bonny.and.Clide.DISC2.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='BatFXXX.Dark.Night.Parody.DISC1.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='Bonny.and.Clide.DISC2.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='Bonny.and.Clide.DISC1.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='Big.Wet.Asses.17.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='Big.Wet.Asses.17.XXX.DVDRip.XviD-NYMPHO'
method=BitTorrent, filename='[redacted]'
method=BitTorrent, filename='[redacted]'
method=BitTorrent, filename='Addicted.6(DVDrip)(www.pornorip.net)'
method=BitTorrent, filename='Addicted.6(DVDrip)(www.pornorip.net)'
method=BitTorrent, filename='Addicted.6(DVDrip)(www.pornorip.net)'

I understand you have a question regarding your DSL connection not able to connect.
You are currently in violation of the DMCA and must do two things in order for reactivation to occur:
1.) You must provide a valid email address where additional complaint data may be sent regarding their DMCA infringement.
2.) You must agree to remove all infringing copyrighted material noted in this ticket and in the additional complaint data.
Only when the above two conditions are met will you be reactivated.
3) Once you have removed the software you will need to call during business ours. 8:00 am - 8:00 pm Monday thru Friday to speak with our security department to get your service turned on.
The Digital Millennium Copyright Act (DMCA) is a United States copyright law which implements two 1996 treaties of the World Intellectual Property Organization (WIPO). It criminalizes production and dissemination of technology, devices, or services intended to circumvent measures (commonly known as Digital Rights Management or DRM) that control access to copyrighted works and it also criminalizes the act of circumventing an access control, whether or not there is actual infringement of copyright itself. In addition, the DMCA heightens the penalties for copyright infringement on the Internet. Passed on October 12, 1998 by a unanimous vote in the U.S. Senate and signed into law by President Bill Clinton on October 28, 1998, the DMCA amended Title 17 of the United States Code to extend the reach of copyright, while limiting the liability of the providers of on-line services for copyright infringement by their users.


Thank you,
Randy
Qwest Internet Solutions
Technical Support @ 1-800-247-7285.
Please bookmark http://qwhelp.com. This is a useful site with information about your DSL service. You can also get help now on the Qwest Forums at http://forums.qwest.com


******************* End of Message *******************

******************* Case History *******************

Please note that if you use the Internet for Voice over IP services (VoIP)
to support Internet based calling, you will not be able to make any incoming
or outgoing calls, including 9-1-1 calls, from your service address unless
you have Internet service.

Also, disconnection of a bundled service may result in loss of your bundle
discount.

If you believe the enclosed DMCA notices were sent to Qwest in error, you may
contact the copyright owner directly within the next five (5) days and email a
copy of your correspondence to Qwest at abuse@qwest.net. Qwest will give
consideration to this challenge in enforcing its AUP. If you choose not to
challenge the notices, we will assume for purposes of enforcing our AUP that
they were not sent in error.


Complaint Summary:
-----------------
Ticket # IP Addr Offense Date CustomerID (circ)
Download Data
C17076887 174.26.123.139 2011-01-26 01:59:30 busteven1016
method=BitTorrent, filename='Speed.XXX.DVDRip.XviD-Jiggly'
C16680641 63.225.193.122 2010-12-13 01:14:55 busteven1016
method=BitTorrent,
filename='Bonny.and.Clide.DISC2.XXX.DVDRip.XviD-NYMPHO'
C16680642 63.225.193.122 2010-12-12 23:15:34 busteven1016
method=BitTorrent,
filename='BatFXXX.Dark.Night.Parody.DISC1.XXX.DVDRip.XviD-NYMPHO'

C16680643 63.225.193.122 2010-12-12 23:14:25 busteven1016
method=BitTorrent, filename='Big.Wet.Asses.17.XXX.DVDRip.XviD-NYMPHO'
C16679719 63.225.193.122 2010-12-12 21:15:52 busteven1016
method=BitTorrent,
filename='BatFXXX.Dark.Night.Parody.DISC2.XXX.DVDRip.XviD-NYMPHO'

C16679720 63.225.193.122 2010-12-12 19:00:51 busteven1016
method=BitTorrent, filename='Big.Wet.Asses.17.XXX.DVDRip.XviD-NYMPHO'
C16674134 63.225.193.122 2010-12-12 05:58:58 busteven1016
method=BitTorrent,
filename='Bonny.and.Clide.DISC2.XXX.DVDRip.XviD-NYMPHO'
C16671668 63.225.193.122 2010-12-11 23:24:27 busteven1016
method=BitTorrent,
filename='BatFXXX.Dark.Night.Parody.DISC1.XXX.DVDRip.XviD-NYMPHO'

C16671669 63.225.193.122 2010-12-11 23:19:31 busteven1016
method=BitTorrent,
filename='BatFXXX.Dark.Night.Parody.DISC2.XXX.DVDRip.XviD-NYMPHO'

C16665157 63.225.193.122 2010-12-11 00:38:10 busteven1016
method=BitTorrent,
filename='Bonny.and.Clide.DISC2.XXX.DVDRip.XviD-NYMPHO'
C16665160 63.225.193.122 2010-12-10 23:25:03 busteven1016
method=BitTorrent, filename='Big.Wet.Asses.17.XXX.DVDRip.XviD-NYMPHO'

Subj: **DMCA Infringement Notification: Copies of 22 complaints**
Date: 1/27/2011 11:16:19 P.M. US Mountain Standard Time
From: abuse@qwest.net
To: sbucha6536@aol.com

[Only the first part of this message is displayed. The entire message has been turned into a text attachment, which you can retrieve by selecting Download. Once downloaded, open it with a word processor or text editor for reading.]

(Customer ID: 'busteven1016')

This message contains an accumulation of all active DMCA infringement complaints.
================================================================================

The purpose of this warning is to inform you that Qwest has received multiple notices of copyright infringement sent pursuant to the Digital Millennium Copyright Act ("DMCA") in connection with your account. The DMCA, passed by Congress in 1998, allows copyright owners to notify a service provider such as Qwest of alleged copyright infringement carried out on the provider's network. Copies of the DMCA notifications Qwest received are included below.

Please be reminded that unauthorized posting of copyrighted material is a violation of Qwest's Acceptable Use Policy (AUP) and High Speed Internet Subscriber Agreement which prohibits use of the Qwest Network and Services in any manner that would infringe, dilute, misappropriate, or otherwise violate the intellectual property rights of others.

The Qwest Acceptable Use Policy and the High Speed Internet Subscriber Agreement provides that Qwest may suspend or terminate your service for violation of the AUP and/or Subscriber Agreement.

Please be advised that if this violation continues, or in the event that additional violations occur, Qwest may take further action, including the suspension or termination of your Service.

Please note that if you use the Internet for Voice over IP services (VoIP) to support Internet based calling, you will not be able to make any incoming or outgoing calls, including 9-1-1 calls, from your service address unless you have Internet service.

Also, disconnection of a bundled service may result in loss of your bundle discount.

If you believe the enclosed DMCA notices were sent to Qwest in error, you may contact the copyright owner directly within the next five (5) days and email a copy of your correspondence to Qwest at abuse@qwest.net. Qwest will give conside

Subj: **Your Contact with Qwest High-Speed Internet Technical Support**
Date: 1/28/2011 2:43:15 P.M. US Mountain Standard Time
From: rxhsi@qwest.com
To: sbucha6536@aol.com

## Thanks for contacting Qwest, it's our pleasure to assist you today     Qwe

An automated e-mail server sent this message; please do not reply.
Use the contact options included below.

Dear Steven Buchanan:

Qwest was happy to work with you today to solve your Qwest High Speed Internet issue have any future questions regarding this product, check out these online resources:

- Check out Qwest self-help Web site. This site provides a wide array of step-by-ste and Frequently Asked Questions (FAQs) for self-help troubleshooting in the follow
    - Wireless
    - Email
    - General High-Speed Internet Questions
- Visit our customer forum known as The Qwest Internet Online Community. This fo easy to get your questions answered and to share information about Internet servi
- Begin a chat session. If you are unable to correct your issue through the video, Qv Web site or customer forum, one of our knowledgeable and experienced online ag troubleshoot your problem with you.
- Send us an e-mail inquiry through an online troubleshooting request form.

Once again, thank you for your time, hopefully all of your questions have been answere know that we're here to help to ensure you have the best online experience possible.
Sincerely,

Travis Leo
Director, Network Operations

| | |
|---|---|
| Subj: | **[AB-C17093054N] abuse** |
| Date: | 1/28/2011 9:11:35 A.M. US Mountain Standard Time |
| From: | abuse-nonverbose@qwest.net |
| To: | sbucha6536@aol.com |

\*\*\* THIS IS AN AUTOMATED RESPONSE \*\*\*

This message is a response to your report of an Acceptable Use Policy (AUP)
violation involving a Qwest customer, entitled:

Subject: abuse

Due to the high volume of abuse mail we handle, this may be the only
response you receive, unless we need further information to complete the
investigation.

If you do not wish to receive this automatic response, send future reports
to <abuse-nonverbose@qwest.net>.

If you believe that your email is being blocked by Qwest servers, please contact postmaster@qwest.net.

Thank you for reporting this incident to Qwest. We have received your report and are investigating. Once we
have completed our investigation, we will take appropriate action against the offending customer account in
accordance with Qwest's Acceptable Use Policy. Please note that we have no authority to take action if the
offender is not a Qwest customer. Reports need to be sent directly to the Internet Service Provider owning the IP
space used by the offender.

The following website can be used in determining the owner of the IP space:

http://www.arin.net/whois


If you are reporting an email abuse issue such as UBE or spam, please include
the following information so that we can complete a full investigation of
your report:

1) Original subject line: When you forward email, please forward it with a
   subject header the same as when you received it.

2) Complete message headers: Most email programs only display abbreviated
   message headers.
   Please check your email program's documentation for assistance in how to
   display the full message headers. Full message headers will include
   a "RECEIVED:" line with a set of four numbers divided by periods
   (ex. 192.168.12.34). We cannot complete an investigation without this
   information.

3) Complete message body: Please include the complete body of the message as
   you received it.

If you are reporting unauthorized access attempts, please be sure to include
logs of the incident, such as those obtained from a server or firewall. The logs should include the IP address of
the offender, as well as the date, time and time zone when the incident occurred.

   \*\* Please note: Submissions must be in plain text format. \*\*
   \*\* All attachments are removed upon receipt and discarded. \*\*
--
   Qwest Managed Security Services - abuse@qwest.net, sysop@qwest.net

(A)cceptable (U)se (P)olicy (AUP)
http://www.qwest.com/legal/usagePolicy.html

---------------
Top portion of email received:

X-MailFrom: sysop@qwest.net
X-RcptTo: abacus@magic2.oss.uswest.net
Received: from [65.100.65.100] by [65.100.65.117] (abacus) for <abacus@magic2.oss.uswest.net>; Fri Jan 28 16:11:28 2011
Received: from absb4.oss.uswest.net (localhost.localdomain [127.0.0.1])
    by absb4.oss.uswest.net (8.14.1/8.14.1) with ESMTP id p0SGBSNh029102
    for <abacus@magic2.oss.uswest.net>; Fri, 28 Jan 2011 16:11:28 GMT
Received: (from sysop@localhost)
    by absb4.oss.uswest.net (8.14.1/8.14.1/Submit) id p0SGBSkj029101
    for abacus@magic2.oss.uswest.net; Fri, 28 Jan 2011 16:11:28 GMT
Received: from mpls-mf-02.inet.qwest.net (mpls-mf-02.inet.qwest.net [207.109.18.194])
    by absb4.oss.uswest.net (8.14.1/8.14.1) with ESMTP id p0SGBSMw029086
    for <sysop@abmail.oss.uswest.net>; Fri, 28 Jan 2011 16:11:28 GMT
X-Delivered-To: abuse
Received: from imr-ma06.mx.aol.com (imr-ma06.mx.aol.com [64.12.78.142])
    by mpls-mf-02.inet.qwest.net (Postfix) with ESMTP id 8C777791C34
    for <abuse@qwest.net>; Fri, 28 Jan 2011 16:11:25 +0000 (UTC)
Received: from mtaomg-ma06.r1000.mx.aol.com (mtaomg-ma06.r1000.mx.aol.com [172.29.41.13])
    by imr-ma06.mx.aol.com (8.14.1/8.14.1) with ESMTP id p0SGBMIi024541
    for <abuse@qwest.net>; Fri, 28 Jan 2011 11:11:22 -0500
Received: from core-dfc002c.r1000.mail.aol.com (core-dfc002.r1000.mail.aol.com [172.29.55.7])
    by mtaomg-ma06.r1000.mx.aol.com (OMAG/Core Interface) with ESMTP id 03D14E000082
    for <abuse@qwest.net>; Fri, 28 Jan 2011 11:11:22 -0500 (EST)
To: abuse@qwest.net
Content-Transfer-Encoding: quoted-printable
Subject: abuse
X-MB-Message-Source: WebUI
X-AOL-IP: 69.96.205.28
X-MB-Message-Type: User
MIME-Version: 1.0
From: Steve Buchanan <sbucha6536@aol.com>
Content-Type: text/plain; charset="us-ascii"; format=flowed
X-Mailer: AOL Webmail 33170-STANDARD
Received: from 69.96.205.28 by Webmail-d103.sysops.aol.com (205.188.92.236) with HTTP (WebMailUI); Fri, 28 Jan 2011 11:11:21 -0500

| | |
|---|---|
| Subj: | **Your Contact with Qwest High-Speed Internet Technical Support** |
| Date: | 12/15/2010 6:34:21 P.M. US Mountain Standard Time |
| From: | rxhsi@qwest.com |
| To: | sbucha6536@aol.com |

## Thanks for contacting Qwest, it's our pleasure to assist you today

Qwes

An automated e-mail server sent this message; please do not reply.
Use the contact options included below.

Dear Steve:

We were happy to work with you today on your Qwest High-Speed Internet® Service. We appreciate your business and hope that everything is now running smoothly.

If you need to call back or follow up with Qwest® Technical Support regarding this call today, please reference the following ticket number:

Ticket Reference Number: 17346374

**For additional help in the future:**

View videos to assist with wireless and email self help troubleshooting:
>Watch a wireless video about how to set up your modem and computer wirelessly.
>Watch an email video about setting up and managing your Qwest email accounts.

Check out our Qwest self-help Web site. This site provides a wide array of step-by-step documents and Frequently Asked Questions (FAQs) for self-help troubleshooting for:
>Wireless
>Email
>General High-Speed Internet Questions

Visit our customer forum known as The Qwest Internet Online Community. This forum makes it easy to get your questions answered and to share information about Internet services.

Begin a chat session. If you are unable to correct your issue through the video, Qwest self-help Web site or customer forum, one of our knowledgeable and experienced online agents will troubleshoot your problem with you.

Send us an e-mail inquiry through an online troubleshooting request form.


Sincerely,

Travis Leo
Director, Network Operations

Subj: **Your Contact with Qwest High-Speed Internet Technical Support**
Date: 1/27/2011 9:31:13 A.M. US Mountain Standard Time
From: rxhsi@qwest.com
To: sbucha6536@aol.com

**Thanks for contacting Qwest, it's our pleasure to assist you today** 

An automated e-mail server sent this message; please do not reply.
Use the contact options included below.

Dear Steven Buchanan:

Qwest was happy to work with you today to solve your MSN issue. Should you have any future questions regarding MSN, check out these online resources:

- **Windows Live™** customers, visit Support.Live.Com for helpful troubleshooting tips on products and services such as:
    - Windows Live™ Hotmail®
    - Windows Live™ Family Safety
    - Windows Live™ Messenger
- **MSN® Premium Clients** check out MemberCenter to find useful articles, tutorials, and online support for topics such as:
    - Problems signing into the MSN client
    - Problems with using the MSN client email
- **All MSN customers**, please stop by the Discussions Forum where you can ask questions, answer questions others have asked, sign up for e-mail notifications for interesting threads, and rate posts in discussion groups.

While online, check out our Qwest online resources that explain how you can maximize your experience with Qwest:

- Check out Qwest self-help Web site. This site provides a wide array of step-by-step documents and Frequently Asked Questions (FAQs) for self-help troubleshooting for:
    - Wireless
    - Email
    - General High-Speed Internet Questions
- Visit our customer forum known as The Qwest Internet Online Community. This forum makes it easy to get your questions answered and to share information about Internet services.
- Begin a chat session. If you are unable to correct your issue through the video, Qwest self-help Web site or customer forum, one of our knowledgeable and experienced online agents will troubleshoot your problem with you.
- Send us an e-mail inquiry through an online troubleshooting request form.

Sincerely,

Travis Leo
Director, Network Operations

Subj: **Your Contact with Qwest High-Speed Internet Technical Support**
Date: 1/27/2011 3:49:29 P.M. US Mountain Standard Time
From: rxhsi@qwest.com
To: sbucha6536@aol.com

## Thanks for contacting Qwest, it's our pleasure to assist you today

Qwe

An automated e-mail server sent this message; please do not reply.
Use the contact options included below.

Dear Steve:

We were happy to work with you today on your Qwest High-Speed Internet® Service. We appreciate your business and hope that everything is now running smoothly.

If you need to call back or follow up with Qwest® Technical Support regarding this call today, please reference the following ticket number:

Ticket Reference Number: 18147272

**For additional help in the future:**

View videos to assist with wireless and email self help troubleshooting:
    Watch a wireless video about how to set up your modem and computer wirelessly.
    Watch an email video about setting up and managing your Qwest email accounts.

Check out our Qwest self-help Web site. This site provides a wide array of step-by-step documents and Frequently Asked Questions (FAQs) for self-help troubleshooting for:
    Wireless
    Email
    General High-Speed Internet Questions

Visit our customer forum known as The Qwest Internet Online Community. This forum makes it easy to get your questions answered and to share information about Internet services.

Begin a chat session. If you are unable to correct your issue through the video, Qwest self-help Web site or customer forum, one of our knowledgeable and experienced online agents will troubleshoot your problem with you.

Send us an e-mail inquiry through an online troubleshooting request form.


Sincerely,

Travis Leo
Director, Network Operations

Subj: **Ticket Number NTM000005935965**
Date: 1/27/2011 12:56:53 P.M. US Mountain Standard Time
From: help@qwest.com
To: sbucha6536@aol.com

This message is to confirm that your request for technical support was received. Your request was assigned the ticket number NTM000005935965. A Technical Support analyst will be assigned to your ticket and will endeavor to respond to you within 24 hours, by e-mail.

Thank You;