UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PATRICK COLLINS, INC., | No. C 11-2766 MEJ |
| Plaintiff, | **ORDER DENYING MOTION TO QUASH RE: DOE DEFENDANT #2029** |
| v. | |
| DOES 1-2,590, | **Re: Docket No. 18** |
| Defendants. | |

On June 7, 2011, Plaintiff Patrick Collins, Inc. filed this lawsuit against 2,590 Doe Defendants, alleging that Defendants illegally reproduced and distributed a work subject to Plaintiff's exclusive license, ("*Real Female Orgasms 10*"), using an internet peer-to-peer file sharing network known as BitTorrent, thereby violating the Copyright Act, 17 U.S.C. § 101-1322. Compl. ¶¶ 6-15, Dkt. No. 1. On September 22, 2011, the Court granted Plaintiff's Application for Leave to Take Limited Expedited Discovery. Dkt. No. 12. The Court permitted Plaintiff to serve subpoenas on Does 1-2,590's Internet Service Providers ("ISPs") by serving a Federal Rule of Civil Procedure 45 subpoena that seeks information sufficient to identify the Doe Defendants, including the name, address, telephone number, and email address of Does 1-2,590. *Id.* at 11. Once the ISPs provided Does 1-2,590 with a copy of the subpoena, the Court permitted Does 1-2,590 30 days from the date of service to file any motions contesting the subpoena (including a motion to quash or modify the subpoena). *Id.*

Now before the Court is a Motion to Quash, filed by Doe Defendant #2029, referred to as "John Doe." Dkt. No. 18. In his motion, John Doe requests that the subpoena be quashed because

Plaintiff failed to comply with California Code of Civil Procedure sections 1985 and 1985.3. However, Plaintiff has responded to John Doe's motion, correctly arguing that the California Code of Civil Procedure applies to California courts, and this Court is governed by the Federal Rules of Civil Procedure. As John Doe has failed to file any reply, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: November 29, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge