UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-2,590, <br><br> Defendants. | No. C 11-2766 MEJ <br><br> **ORDER TO SHOW CAUSE** <br><br> **Re: Docket Nos. 48-50** |

On June 7, 2011, Plaintiff Patrick Collins, Inc. filed this lawsuit against 2,590 Doe Defendants, alleging that Defendants illegally reproduced and distributed a work subject to Plaintiff's exclusive license, ("*Real Female Orgasms 10*"), using an internet peer-to-peer file sharing network known as BitTorrent, thereby violating the Copyright Act, 17 U.S.C. § 101-1322. Compl. ¶¶ 6-15, Dkt. No. 1. On September 22, 2011, the Court granted Plaintiff's Application for Leave to Take Limited Expedited Discovery. Dkt. No. 12. The Court permitted Plaintiff to serve subpoenas on Does 1-2,590's Internet Service Providers ("ISPs") by serving a Federal Rule of Civil Procedure 45 subpoena that seeks information sufficient to identify the Doe Defendants, including the name, address, telephone number, and email address of Does 1-2,590. *Id.* at 11. Once the ISPs provided Does 1-2,590 with a copy of the subpoena, the Court permitted Does 1-2,590 30 days from the date of service to file any motions contesting the subpoena (including a motion to quash or modify the subpoena). *Id.*

Now before the Court are motions to quash and dismiss, filed by potential Doe Defendant

Steven Douglas Buchanan, from ISP Qwest-Century Link.[1]  Dkt. Nos. 48-50.  Upon review of Mr. Buchanan's motions, it appears that jurisdiction is lacking and venue is improper.  Accordingly, the Court ORDERS Plaintiff to show cause why Mr. Buchanan should not be dismissed.  Plaintiff shall file a declaration by December 6, 2011.

**IT IS SO ORDERED.**

Dated: December 1, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

---

[1] Although Mr. Buchanan filed a motion to proceed anonymously, the Court finds any such order unnecessary as Plaintiff may not use any information obtained from this case against him unless the Court orders otherwise.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PATRICK COLLINS INC,

        Plaintiff,

v.

DOES 1-2590 et al,

        Defendant.

Case Number: CV11-02766 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Douglas Buchanan
22026 N 33rd Drive
Phoenix, AZ 85027

Dated: December 1, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

3