John T. Wilson, Texas State Bar No. 24008284
WILSON LAW GROUP P.C.
16610 Dallas Parkway, Suite 2000
Dallas, Texas 75248
E-mail address: john@wlgpc.com
Telephone: 972.248.8080
Facsimile: 972.248.8088



Attorney for Defendant Jane Doe 222

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC., | CASE NO. 3:11-CV-02766-MEJ |
| Plaintiff, | |
| v. | ~~(Proposed)~~ |
| DOES 1-2,590, | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| Defendants. | |

John T. Wilson of Wilson Law Group P.C. whose business address and telephone number is 16610 Dallas Parkway, Suite 2000, Dallas, Texas 75248; Telephone: 972.248.8080; Facsimile: 972.248.8088 and who is an active member in good standing of the State Bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, providing limited representation of Defendant Jane Doe 222 for the purposes of filing a Motion to Dismiss and Motion for Protective Order.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by attorney must indicate appearance *pro hac vice*. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 6, 2011

---
Maria-Elena James
Chief United States Magistrate Judge