UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PATRICK COLLINS, INC., | No. C 11-2766 MEJ |
| Plaintiff, | **ORDER DISMISSING DOE DEFENDANT BUCHANAN** |
| v. | |
| DOES 1-2,590, | **Re: Docket Nos. 48-50** |
| Defendants. | |

On November 22, 2011, Doe Defendant Steven Douglas Buchanan, from ISP Qwest-Century Link, filed motions to quash and dismiss. Dkt. Nos. 48-50. Based upon its initial review of Mr. Buchanan's motions, the Court found that it likely lacked jurisdiction over Mr. Buchanan. Accordingly, the Court ordered Plaintiff to show cause by December 6, 2011 as to why Mr. Buchanan should not be dismissed. Plaintiff has failed to respond. Accordingly, the Court hereby DISMISSES Steven Douglas Buchanan without prejudice to filing in the appropriate jurisdiction. As Mr. Buchanan did not provide any identifying information related to this case (such as the relevant IP Address and/or Doe Defendant number), the Court ORDERS Plaintiff to provide said information and file a dismissal by December 12, 2011.

**IT IS SO ORDERED.**

Dated: December 7, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PATRICK COLLINS INC,

        Plaintiff,

v.

DOES 1-2590 et al,

        Defendant.

Case Number: CV11-02766 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Douglas Buchanan
22026 N 33rd Drive
Phoenix, AZ 85027

Dated: December 7, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2