1 Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
2 LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
3 Beverly Hills, California 90210-4426
Tel:    310-435-7656
4 Fax:    310-657-2187

5 Attorney for Plaintiff Patrick Collins, Inc.

6

7

8              UNITED STATES DISTRICT COURT

9                Northern District of California

10                 San Francisco Division

11 PATRICK COLLINS, INC.,                        No. C 11-2766 MEJ

12                      Plaintiff,               **EX PARTE APPLICATION FOR AMENDMENT TO ORDER RE JURISDICTION**
           v.
13 DOES 1-2,590,

14
                       Defendants.
15

16     On December 7, 2011, the Court issued its Order Re Jurisdiction (Dkt. No. 77.)

17     Pursuant to the Court's Order, Plaintiff has stopped sending settlement proposals to Doe

18 Defendants in the above-identified case.

19     However, the last two sentences of that Order currently provide,

20         "As to any Doe Defendants to whom Plaintiff has already sent a settlement
           demand letter, the Court ORDERS Plaintiff to provide a copy of this Order to said
21         Doe Defendants by December 14, 2011, and inform them in a cover letter that
           they need not comply with the demand letter, pending resolution of the
22         jurisdiction and venue issues addressed herein. Any settlement reached on or after
           the date of this Order will not be effective."
23
       Plaintiff submits that with respect to Doe Defendants that have already settled, those last
24
two sentences and the letter described therein may cause confusion and would not be productive.
25
Further, Doe Defendants may still desire to settle because, even if they were dismissed from this
26
suit, they would still be subject to a suit in this or another venue.
27

28

Ex Parte Application for                        1
Amended Order Re: Jurisdiction-Case No. CV 11-2766 MEJ

Plaintiff does understand the Court's desire that its Order and a cover letter be sent to those Doe Defendants that have been sent proposals for settlement who have not yet settled their cases. Therefore, Plaintiff requests that the last two sentences of the Court's Order Re Jurisdiction be replaced with the following:

> "As to any Doe Defendants to whom Plaintiff has already sent a settlement demand letter who have not signed a settlement agreement before December 7, 2011, the Court ORDERS Plaintiff to provide a copy of this Order to said Doe Defendants by December 14, 2011, and inform them in a cover letter as follows:
>
> 'Notice of Court Order Regarding Pending Jurisdiction and Venue Issues
> 'Case Name:  Patrick Collins v. Does 1-2,590, Case No. CV 11-2766
>
> To: _____
> 'A letter offering you an opportunity to settle your alleged liability in connection with the above-identified case was previously sent to you.
> 'Since then, the Court in this case has issued an Order regarding its concern regarding jurisdiction and venue issues. A copy of that Order is included with this letter. A number of Doe defendants, perhaps including you, may be dismissed without prejudice from this case. Until the Court decides those jurisdiction and venue issues or until the Doe number associated with you is dismissed without prejudice from this case, whichever occurs first, you are not required to do anything.
> 'However, you may still determine that it is in your best interests to resolve this matter by settlement now. You, of course, may consult with your own attorney.
> 'In any event, if you decide that you do not want to settle at this time, we repeat that you are not required to do anything until the Court decides those jurisdiction and venue issues or until the Doe number associated with you is dismissed without prejudice from this case, whichever occurs first.'
> Very truly yours,
>
> Until the earlier of this Court's issuing its order detailing how this case shall proceed or the dismissal of a particular Doe Defendant from this case without prejudice, any settlement agreement signed by or on behalf of such a Doe Defendant on or after December 7, 2011 will not be effective unless Plaintiff has written evidence that a copy of this Order and the above-described cover letter had been provided to that Doe Defendant prior to a settlement agreement's being signed by or on behalf of such Doe Defendant."

Plaintiff submits that the proposed amendment maintains the spirit of the Court's original Order (i.e., a Doe Defendant would be notified that he, she or it is not required to do anything if he, she or it does not want to settle prior to a resolution of the jurisdiction and venue issues by way of a decision by the Court or a dismissal without prejudice from this case), while settlements by those Doe Defendants desiring to resolve the claims against them may still be accomplished.

1  A Proposed Amended Order Re: Jurisdiction is submitted herewith.

2  In view of the foregoing, Plaintiff requests that the Court grant this Ex Parte Application and, pending further consideration of the jurisdiction and venue issues, issue the Amended Order Re Jurisdiction as submitted herewith.

Respectfully submitted,

Dated:  December 7, 2011

*/s/ Ira M. Siegel*
Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:     310-435-7656
Fax:    310-657-2187
Attorney for Plaintiff Patrick Collins, Inc.