John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer E. Pawlowski, Bar No. 250606
jpawlowski@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Defendant
DOE 1041

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1-2590<br><br>    Defendants. | CASE NO.  CV11-2766-MEJ<br><br>**AMENDED PROOF OF SERVICE** |

I, Crystal Knode, declare:

I am a citizen of the United States and employed in Santa Clara County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is The Letitia Building, 70 South First Street, San Jose, California  95113-2406.  On December 8, 2011, I served a copy of the within document:

- **DEFENDANT DOE 1041'S MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

☒ by electronically mailing a true and correct copy through Hopkins & Carley's electronic mail system to the email addresses set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6(a)(6). – *Ira M. Siegel only*

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below.

| | |
|---|---|
| Ira M. Siegel<br>Law Offices of Ira M. Siegel<br>433 N. Camden Drive, Suite 970<br>Beverly Hills, CA 90210<br>Email: subpoena@irasiegellaw.com<br>Phone: 888-406-1004 | Maria-Elena James<br>Chief United States<br>Magistrate Judge<br>U.S. District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 8, 2011, at San Jose, California.

/s/ Crystal Knode
Crystal Knode

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

646\890734.1

- 2 -

AMENDED PROOF OF SERVICE

CV11-2766-MEJ