UNITED STATES DISTRICT COURT
Northern District of California

FILED
2011 DEC -8 P 4: 21

|  |  |
|---|---|
| PATRICK COLLINS, INC, | |
| Plaintiff, | |
| v. | CA. 3:11-CV-02766-MEJ |
| DOES 1 - 2,590, | |
| Defendants. | |

## AMICUS CURIAE BRIEF OF DIGITAL RIGHTS FOUNDATION

The Digital Rights Foundation files a correction to the previously filed *amicus curiae* brief as a clerical sorting error was discovered in **Exhibit A** and **Exhibit B**. Amicus would like to note that the number of IP addresses that have geographical origins in the State of California has not changed from the original **Exhibit A** and remains as 767. Amicus respectfully submits this correction with **amended Exhibit A** and **Exhibit B** for the Court's consideration as it rules on the forthcoming decisions.

DATED: December 6, 2011

Respectfully submitted,

By _____/s/_____
Digital Rights Foundation
digitalrightsfoundationgroup@gmail.com
digitalrightsfoundation.net

Collective for *Amicus Curiae*
Digital Rights Foundation

| State | Approximate Count |
|---|---|
| Undetermined | ~30 |
| Alabama | ~30 |
| Alaska | |
| Arizona | ~50 |
| Arkansas | ~10 |
| California | ~780 |
| Colorado | ~30 |
| Connecticut | ~40 |
| Delaware | |
| District of Columbia | |
| Florida | ~60 |
| Georgia | ~40 |
| Hawaii | |
| Idaho | ~10 |
| Illinois | ~40 |
| Indiana | ~30 |
| Iowa | ~30 |
| Kansas | ~30 |
| Kentucky | ~200 |
| Louisiana | ~60 |
| Maine | |
| Maryland | ~50 |
| Massachusetts | ~30 |
| Michigan | ~40 |
| Minnesota | ~30 |
| Mississippi | ~10 |
| Missouri | ~30 |
| Montana | ~10 |
| Nebraska | ~20 |
| Nevada | ~40 |
| New Hampshire | |
| New Jersey | ~60 |
| New Mexico | ~10 |
| New York | ~200 |
| North Carolina | ~30 |
| North Dakota | |
| Ohio | ~30 |
| Oklahoma | ~20 |
| Oregon | ~20 |
| Pennsylvania | ~60 |
| Rhode Island | ~10 |
| South Carolina | ~20 |
| South Dakota | |
| Tennessee | ~20 |
| Texas | ~80 |
| Utah | ~20 |
| Vermont | |
| Virginia | ~80 |
| Washington | ~30 |
| West Virginia | ~10 |
| Wisconsin | ~20 |
| Wyoming | |

| State | ST | # Does | % Does |
|---|---|---|---|
| Undetermined | - | 25 | 0.965% |
| Alabama | AL | 19 | 0.734% |
| Alaska | AK | 6 | 0.232% |
| Arizona | AZ | 88 | 3.398% |
| Arkansas | AR | 17 | 0.656% |
| **California** | **CA** | **767** | **29.614%** |
| Colorado | CO | 23 | 0.888% |
| Connecticut | CT | 31 | 1.197% |
| Delaware | DE | 3 | 0.116% |
| District of Columbia | DC | 4 | 0.154% |
| Florida | FL | 64 | 2.471% |
| Georgia | GA | 33 | 1.274% |
| Hawaii | HI | 2 | 0.077% |
| Idaho | ID | 10 | 0.386% |
| Illinois | IL | 34 | 1.313% |
| Indiana | IN | 20 | 0.772% |
| Iowa | IA | 28 | 1.081% |
| Kansas | KS | 22 | 0.849% |
| Kentucky | KY | 214 | 8.263% |
| Louisiana | LA | 41 | 1.583% |
| Maine | ME | 3 | 0.116% |
| Maryland | MD | 58 | 2.239% |
| Massachusetts | MA | 36 | 1.390% |
| Michigan | MI | 38 | 1.467% |
| Minnesota | MN | 26 | 1.004% |
| Mississippi | MS | 9 | 0.347% |
| Missouri | MO | 23 | 0.888% |
| Montana | MT | 7 | 0.270% |
| Nebraska | NE | 22 | 0.849% |
| Nevada | NV | 47 | 1.815% |
| New Hampshire | NH | 3 | 0.116% |
| New Jersey | NJ | 97 | 3.745% |
| New Mexico | NM | 6 | 0.232% |
| New York | NY | 203 | 7.838% |
| North Carolina | NC | 30 | 1.158% |
| North Dakota | ND | 4 | 0.154% |
| Ohio | OH | 34 | 1.313% |
| Oklahoma | OK | 26 | 1.004% |
| Oregon | OR | 27 | 1.042% |
| Pennsylvania | PA | 93 | 3.591% |
| Rhode Island | RI | 13 | 0.502% |
| South Carolina | SC | 19 | 0.734% |
| South Dakota | SD | 4 | 0.154% |
| Tennessee | TN | 21 | 0.811% |
| Texas | TX | 106 | 4.093% |
| Utah | UT | 21 | 0.811% |
| Vermont | VT | 1 | 0.039% |
| Virginia | VA | 87 | 3.359% |
| Washington | WA | 30 | 1.158% |
| West Virginia | WV | 17 | 0.656% |
| Wisconsin | WI | 25 | 0.965% |
| Wyoming | WY | 3 | 0.116% |

| | | |
|---|---|---|
| **California** | **767** | **29.614%** |
| **All others** | **1823** | **70.386%** |
| **TOTAL** | **2590** | |