Clear Form

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK COLLINS, INC.

        Plaintiff,

v.

DOES 1 – 2590,

        Defendant.

CASE NO. 1:11-cv-02766-MEJ

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jason Sweet, whose business address and telephone number is Booth Sweet LLP, 32R Essex Street, Cambridge, MA 02139
617-250-8619

and who is an active member in good standing of the bar of First Circuit & Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Doe 191

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: December 12, 2011

Maria-Elena James
United States Magistrate Judge



GRANTED — Judge Maria-Elena James