Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 888-406-1004
Fax: 888-406-8732

Attorney for Plaintiff Patrick Collins, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Patrick Collins, Inc. | CASE NO. CV-11-2766-MEJ |
|---|---|
| Plaintiff, | **Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 2, 15, 24, 27, 28, 33, 34, 54, 56, 62, 67, 227, 248, 249, 326, 351, 383, 526, 543, 665, 710, 743, 751, 1044, 1073, 1082, 1191, 1227, 1414, 1793, 1813, 1901, 2036, 2042, 2067, 2078, 2098, 2307, 2353, 2471** |
| v. | |
| DOES 1-2590, | |
| Defendants. | |

Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 2 | 108.0.174.129 | 2011-04-07 17:21:08 -0400 |
| Doe 15 | 108.13.123.27 | 2011-02-15 23:37:15 -0500 |
| Doe 24 | 108.16.219.148 | 2011-05-24 19:45:09 -0400 |
| Doe 27 | 108.17.31.170 | 2011-05-21 15:31:45 -0400 |
| Doe 28 | 108.17.69.75 | 2011-04-21 20:38:43 -0400 |
| Doe 33 | 108.2.108.137 | 2010-12-05 21:55:44 -0500 |
| Doe 34 | 108.21.12.69 | 2011-05-21 07:39:59 -0400 |
| Doe 54 | 108.28.45.150 | 2010-12-23 01:41:53 -0500 |

| | | |
|---|---|---|
| Doe 56 | 108.3.224.112 | 2011-02-01 13:53:29 -0500 |
| Doe 62 | 108.35.63.12 | 2011-05-08 20:57:33 -0400 |
| Doe 67 | 108.41.102.132 | 2011-02-27 00:58:40 -0500 |
| Doe 227 | 173.58.195.252 | 2011-05-20 12:52:35 -0400 |
| Doe 248 | 173.64.113.54 | 2011-03-15 01:06:54 -0400 |
| Doe 249 | 173.64.125.128 | 2011-01-25 00:53:07 -0500 |
| Doe 326 | 173.79.58.41 | 2011-05-08 18:19:57 -0400 |
| Doe 351 | 174.22.186.102 | 2011-05-03 08:55:50 -0400 |
| Doe 383 | 174.74.7.167 | 2011-05-05 00:56:40 -0400 |
| Doe 526 | 216.15.52.53 | 2011-03-25 00:59:07 -0400 |
| Doe 543 | 216.73.199.204 | 2011-04-09 13:23:25 -0400 |
| Doe 665 | 24.23.161.138 | 2011-04-18 18:29:52 -0400 |
| Doe 710 | 24.45.128.140 | 2011-05-22 01:49:33 -0400 |
| Doe 743 | 24.7.106.233 | 2011-04-17 22:50:26 -0400 |
| Doe 751 | 24.7.53.72 | 2011-04-17 17:06:42 -0400 |
| Doe 1044 | 68.117.159.47 | 2011-04-29 14:31:19 -0400 |
| Doe 1073 | 68.193.44.19 | 2011-05-16 00:01:28 -0400 |
| Doe 1082 | 68.197.118.35 | 2011-01-13 06:23:55 -0500 |
| Doe 1191 | 69.118.222.200 | 2011-01-13 01:05:18 -0500 |
| Doe 1227 | 69.14.220.244 | 2011-05-19 17:44:54 -0400 |
| Doe 1414 | 71.0.246.250 | 2011-05-04 05:07:24 -0400 |
| Doe 1793 | 74.128.167.180 | 2011-01-06 22:05:11 -0500 |
| Doe 1813 | 74.138.133.164 | 2011-02-26 00:00:27 -0500 |
| Doe 1901 | 75.118.246.206 | 2011-01-24 14:00:47 -0500 |
| Doe 2036 | 76.103.140.118 | 2011-05-12 16:19:41 -0400 |
| Doe 2042 | 76.103.232.98 | 2011-05-08 23:58:50 -0400 |
| Doe 2067 | 76.167.220.231 | 2011-05-19 00:08:48 -0400 |
| Doe 2078 | 76.168.53.252 | 2011-04-07 22:10:36 -0400 |
| Doe 2098 | 76.171.75.149 | 2011-05-15 22:20:22 -0400 |
| Doe 2307 | 96.27.20.95 | 2011-04-23 16:50:30 -0400 |
| Doe 2353 | 97.127.212.204 | 2011-04-03 18:24:54 -0400 |
| Doe 2471 | 98.177.251.79 | 2011-05-14 22:40:26 -0400 |

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s) - Case No. CV-11-2766-MEJ     2

1  Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above
2  identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: December 14, 2011

*Ira M. Siegel*

Ira M. Siegel, CA State Bar No. 78142
Email address: info@irasiegellaw.com
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, CA 90210
Tel: 888-406-1004
Fax: 888-406-8732

Attorney for Plaintiff Patrick Collins, Inc.

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe
Defendant(s) - Case No. CV-11-2766-MEJ

3